

Opinions of the United
States Court of Appeals
for the Third Circuit

2006 Decisions

9-18-2006

# Cloverland Green v. PA Milk Marketing Bd

Precedential or Non-Precedential: Precedential

Docket No. 05-2336

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Cloverland Green v. PA Milk Marketing Bd" (2006). *2006 Decisions*. Paper 394.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/394

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-2336

_____

CLOVERLAND-GREEN SPRING DAIRIES, INC.,

Appellant

THOMAS E. MCGLINCHEY; GERTRUDE GIORGINI;
SUE A. SPIGLER, ("Milk Consumers") (Intervenors in D.C.)

v.

PENNSYLVANIA MILK MARKETING BOARD;
BOYD WOLFF*, in his capacity as member of the Board;
LUKE F. BRUBAKER, Individually and as member of the Board;
BARBARA GRUMBINE*, in her capacity as member of the Board;
BOYD WOLFF, Individually; BARBARA GRUMBINE,  Individually

PENNSYLVANIA ASSOCIATION OF MILK DEALERS (Intervenors in D.C.)

(*Amended - See Clerk's Order dated 6/29/05)

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 99-cv-00487)
District Judge: Honorable Yvette Kane

_____

Argued June 8, 2006

Before: AMBRO, FUENTES and NYGAARD, <u>Circuit Judges</u>

(Opinion filed September 1, 2006)

# ORDER AMENDING PUBLISHED OPINION

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed September 1, 2006, be amended as follows:

On page 41, note 17, penultimate line, insert the words "does not" before the word "resolve" and after "price)", so that the sentence ends "primarily concerned with price) does not resolve the constitutional problem.".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: September 18, 2006

2